# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**KEY INVESTMENT FUND LIMITED
PARTNERSHIP XXII,**

**Plaintiff,**

**-vs-**                                              **Case No.  6:07-cv-1658-Orl-28GJK**

**WORTHWHILE DEVELOPMENT IV, INC.,
H.J. ROYALL, JR.,**

**Defendants.**

_____

# ORDER

This case is before the Court on the United States Magistrate Judge's report recommending that this case and case number 6:07-cv-1659 be unconsolidated.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.  Therefore, it is **ORDERED** as follows:

1.      That the Report and Recommendation filed June 13, 2008 (Doc. No. 54) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.      This Court's Order of consolidation (Doc. 36 in 6:07-cv-1659; Doc. 40 in 6:07-cv-1658) is superceded by this Order.  The two cases consolidated by those Orders (Case No. 6:07-cv-1658 and Case No. 6:07-cv-1659), are hereby unconsolidated.

3.      The Clerk is directed to reopen 6:07-cv-1659, assigned to Magistrate Judge Kelly.

4.      Defendants' Unopposed Motion for Initial Pretrial Conference (Doc. 44 in 6:07-cv-1658) is **GRANTED in part** and **DENIED in part.**  The Magistrate Judge will schedule an Initial Pretrial Conference in each case.

5.      The parties in each case shall submit an amended Case Management Report within seven (7) days of their Initial Pretrial Conference.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ____2____ day of July, 2008.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party